**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**LAUREL BUEHL, et al.,**

      **Plaintiffs,**

**v.**                                                                      **Civil Action No. 3:11cv716-JRS**

**FRIEDMAN & MACFADYEN, P.C., et al.,**

      **Defendants.**

### PLAINTIFF'S STATEMENT RESPECTING CONSENT

Plaintiffs Laurel Buehl and Milton Buehl, by counsel, hereby file their Statement Respecting Consent. Pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiffs consent to have a United States Magistrate Judge conduct any and all further proceedings in this matter, including the trial, and order the entry of a final judgment.

                                                                       Respectfully submitted,
                                                                       Laurel Buehl
                                                                       Milton Buehl
                                                                       By Counsel

\_\_/s/_____
By: Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

Leonard A. Bennett, VSB#37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23606
(757) 930-3660
(757) 930-3662 (Fax)
lenbennett@cox.net
Email: lenbennett@clalegal.com

Matthew J. Erausquin, VSB#65434
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 (Fax)
Email: matt@clalegal.com

Kristi Cahoon Kelly, VSB#72791
SUROVELL ISAACS PETERSON & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
(703) 277-9774
(703) 591-2149 (Fax)
Email: kkelly@smillaw.com

Counsel for Plaintiffs