AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Laurel Buel and Milton Buel | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:11-cv-716 |
| Friedman & MacFadyen, P.A., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Friedman & MacFadyen, P.A., F&M Services, L.C., and Johnie R. Muncy.

Date: 11/07/2011

/s/ Douglas P. Rucker, Jr.
*Attorney's signature*

Douglas P. Rucker, Jr. (VSB # 12776)
*Printed name and bar number*

Sands Anderson, PC
1111 East Main Street
P.O. Box 1998
Richmond, VA 23218
*Address*

drucker@sandsanderson.com
*E-mail address*

(804) 648-1636
*Telephone number*

(804) 783-7291
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

> Dale W. Pittman, Esq.
> The Law Office of Dale W. Pittman, P.C.
> 112-A W. Tabb Street
> Petersburg, Virginia 23803
> Telephone: 804-861-6000
> Facsimile: 804-861-3368
> dale@pittmanlawoffice.com
> *Counsel for Plaintiff*
>
> Kristi Cahoon Kelly, Esq.
> Surovell Isaacs Peterson & Levy PLC
> 4010 University Drive
> Suite 200
> Fairfax, Virginia 22030
> Telephone: 703-277-9774
> Facsimile: 703-591-2149
> kkelly@smillaw.com
> *Counsel for Plaintiff*
>
> Matthew James Erausquin, Esq.
> Consumer Litigation Associates, P.C.
> 1800 Diagonal Road
> Suite 600
> Alexandria, Virginia 22314
> Telephone: 703-273-6080
> Facsimile: 888-892-3512
> matt@clalegal.com
> *Counsel for Plaintiff*

       /s/ Douglas P. Rucker, Jr.
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*