UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LAUREL BUEL and<br>MILTON BUEL,<br><br>              Plaintiffs,<br><br>v.<br><br>FRIEDMAN & MACFADYEN, P.A.,<br>et al.,<br><br>              Defendants. | Civil Action No. 3:11-cv-716 |

**CONSENT TO JURISDICTION BY
A UNITED STATES MAGISTRATE JUDGE**

Defendants Friedman & MacFadyen, P.A., F&M Services, L.C. and Johnie R. Muncy, by counsel, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, hereby consent to jurisdiction by a United States Magistrate Judge for any and all further proceedings in this matter, including trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

DATED: November 7, 2011            **Respectfully Submitted,**

                                              **FRIEDMAN & MACFADYEN, P.A.,
F&M SERVICES, L.C. and
JOHNIE R. MUNCY**

                                              **By Counsel**

       /s/ Cullen D. Seltzer
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB #35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

>Dale W. Pittman, Esq.
>The Law Office of Dale W. Pittman, P.C.
>112-A W. Tabb Street
>Petersburg, Virginia 23803
>Telephone: 804-861-6000
>Facsimile: 804-861-3368
>dale@pittmanlawoffice.com
>*Counsel for Plaintiff*
>
>Kristi Cahoon Kelly, Esq.
>Surovell Isaacs Peterson & Levy PLC
>4010 University Drive
>Suite 200
>Fairfax, Virginia 22030
>Telephone: 703-277-9774
>Facsimile: 703-591-2149
>kkelly@smillaw.com
>*Counsel for Plaintiff*
>
>Matthew James Erausquin, Esq.
>Consumer Litigation Associates, P.C.
>1800 Diagonal Road
>Suite 600
>Alexandria, Virginia 22314
>Telephone: 703-273-6080
>Facsimile: 888-892-3512
>matt@clalegal.com
>*Counsel for Plaintiff*

        /s/ Cullen D. Seltzer
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*