UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| LAUREL BUEL, ET AL.,<br><br>                              Plaintiffs,<br><br>v.<br><br>FRIEDMAN & MACFADYEN, P.A., ET AL.,<br><br>                              Defendants. | Civil Action No. 3:11–CV–716 |

ORDER

The parties have consented to the referral of the above matter to the United States Magistrate. The District Court by the undersigned hereby reassigns Case No. 3:11-CV-716 to United States Magistrate Judge M. Hannah Lauck for all purposes.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
Chief United States District Judge

ENTERED this __8th____ day of November 2011.