## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**JOHN K. GOODROW**,

       **Plaintiff,**

**v.**                                  **Civil Action No. 3:11-cv-020-MHL**

**FRIEDMAN & MACFADYEN, P.A.,**
et al.,

       **Defendants.**

_____

**LaTONYA BANKS**,

       **Plaintiff,**

**v.**                                  **Civil Action No. 3:11-cv-614-JRS**

**FRIEDMAN & MACFADYEN, P.A.,**
et al.,

       **Defendants.**

_____

**ALLEN CHATTER,**

       **Plaintiff,**

**v.**                                  **Civil Action No. 3:11-cv-613-JRS**

**FRIEDMAN & MACFADYEN, P.A.,**
et al.,
       **Defendants.**

_____

**LAUREL BUEL, et al.,**

       **Plaintiffs,**

**v.**                                  **Civil Action No. 3:11-cv-716-JRS**

**FRIEDMAN & MACFADYEN, P.A.,**
et al.,

Defendants.

_____

**MICHELE McBETH**,

        **Plaintiff,**

**v.**                                      **Civil Action No. 3:11-cv -479-JRS**

**FRIEDMAN & MACFADYEN, P.A.,**
**et al.,**

        **Defendants.**

_____

**ADAM MBUNDURE**,
**et al.,**

        **Plaintiff,**

**v.**                                      **Civil Action No. 3:11-cv-489-JRS**

**FRIEDMAN & MACFADYEN, P.A.,**

        **Defendants.**

_____

**JAMES SAN MATEO**,
**et al.,**

        **Plaintiff,**

**v.**                                      **Civil Action No. 3:11-CV-840-JRS**

**FRIEDMAN & MACFADYEN, P.A.,**

        **Defendants.**

_____

## <u>PLAINTIFFS' MOTION TO ENLARGE TIME TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS FOR LEAVE TO FILE AMENDED COMPLAINTS</u>

       COME NOW the Plaintiffs, by counsel, they again ask the Court for leave to enlarge time

to file their reply briefs in support of they several Motions for Leave to File Amended

Complaints from Friday, October 26, 2012 at midnight, to a time shortly thereafter on Saturday,

October 27, 2012.  Plaintiffs' lead counsel makes this request to permit a more orderly filing process at this already late hour.

Respectfully submitted,

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

Robin Ann Abbott
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: rabbottlaw@msn.com

Gary L. Abbott
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Garyabbott9@msn.com

Susan Mary Rotkis
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: srotkis@clalegal.com

Dale Wood Pittman, VSB#15673

The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-3368
Facsimile: (804) 861-3368
E-mail: dale@pittmanlawoffice.com

Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail:  kkelly@siplfirm.com

John Chapman Petersen
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: jpetersen@smillaw.com

Matthew James Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
Telephone: (703) 273-6080
Facsimile: (888) 892-3512
E-mail: matt@clalegal.com

*Counsel for Plaintiffs*

### ***CERTIFICATE OF SERVICE***

I certify that on October 26, 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Andrew Biondi
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998

Richmond, VA  23219
E-mail:  abiondi@sandsanderson.com

Andrew Todd Rich
Friedman & MacFadyen, PC
1601 Rolling Hills Drive
Suite 125
Richmond VA  23229
E-mail:  trich@fmlaw.com

Cullen Dennis Seltzer
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA  23219
E-mail:  cseltzer@sandsanderson.com

Douglas Pendleton Rucker, Jr.
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA  23219
E-mail:  drucker@sandsanderson.com

*Counsel for Defendants*

_____/s/_____
Leonard A. Bennett, VSB 37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601